IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LUZ YARBROUGH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 14-2735-STA-cgc |
| ) | |
| SADDLE CREEK CORPORATION ) | |
| d/b/a SADDLE CREEK LOGISTICS ) | |
| SERVICES, ) | |
| ) | |
| Defendant. ) | |

**ORDER DENYING MOTION FOR ADMISSION PRO HAC VICE**

Before the Court is counsel Joseph M. Murray, Jr's Motion for Admission Pro Hac Vice (ECF No. 9) filed on October 22, 2014. According to counsel's Motion, Mr. Murray is a member in good standing of the bar in several federal courts. Counsel has attached a certificate of good standing from the United States District Court for the Northern District of Georgia. However, Local Rule 83.4(d) sets forth the procedures for admission to participate in a particular case and requires counsel to submit certificates of good standing from the highest court of a state (or the District of Columbia) as well as from a United States District Court. Counsel has not provided the proper certificates of good standing to obtain permission to participate in this case.[1] Therefore, the Motion for Admission Pro Hac Vice is **DENIED** without prejudice to re-file the motion with proper certificates of good standing.

---

[1] The Local Rules of Court also require that a proposed order in a word processing format accompany all motions. Defendant did not submit a proposed order with counsel's Motion for Leave to Appear Pro Hac Vice.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: October 27, 2014