# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LUZ YARBROUGH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SADDLE CREEK CORPORATION ) <br> d/b/a SADDLE CREEK LOGISTICS ) <br> SERVICES, ) <br> ) <br> Defendant. ) <br> ) | Civil Action File No. <br><br> 2:14-cv-02735-STA-CGC |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Luz Yarbrough and Defendant Saddle Creek Corporation d/b/a Saddle Creek Logistics Services hereby give note that, pursuant to *Federal Rule of Civil Procedure* 41(a)(1), Plaintiff's above-styled action is hereby dismissed with prejudice, with each party to bear its own costs and fees.

**AGREED AND CONSENTED TO** this 4th day of August, 2015.

| RICHARD CELLER LEGAL, P.A. | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
|---|---|
| */s/ Richard B. Celler (with permission)* | */s/ Mallory Schneider Ricci* |
| Richard B. Celler <br> FBN: 173370 <br><br> 7450 Griffin Road, Suite 230 <br> Davie, Florida 33314 <br> (866) 344-9243 <br> (954) 337-2771 (facsimile) <br> richard@floridaovertimelawyer.com | Mallory Schneider Ricci <br> Tenn. BPR # 32492 <br><br> 401 Commerce Street, Suite 1010 <br> Nashville, TN 37219 <br> (615) 320-5200 <br> (615) 321-5891 (facsimile) <br> mricci@constangy.com |

3351064.1