UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **LUZ YARBROUGH** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **SADDLE CREEK CORPORATION d/b/a SADDLE CREEK LOGISTICS SERVICES** | **CASE NO: 14-2735-A** |

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulated Dismissal With Prejudice entered on August 4, 2015, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 8/4/2015

                                             THOMAS M. GOULD
                                             **Clerk of Court**

                                             s/Terry L. Haley
                                          **(By)  Deputy Clerk**